# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146600(51)

COVENTRY PARKHOMES
CONDOMINIUM ASSOCIATION,
      Plaintiff-Appellant,

v

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
      Defendant-Appellee.

SC: 146600
COA: 304188
Oakland CC: 2010-114865-CH

_____/

     On order of the Court, the motion for reconsideration of this Court's September 30, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014


Clerk

d0324